UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JAMES ALLEN LEGER | CASE NO. 5:20-CV-01207 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CITY OF SHREVEPORT, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**, for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

MONROE, Louisiana, this 13th day of October, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE